IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| BOBBY GENE FRETWELL, #29906-077 | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv415 |
| | | CRIMINAL NO. 4:09CR00223-001 |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255 is **GRANTED**, in part, and **DENIED**, in part. The motion is **GRANTED** to the extent that Fretwell's term of supervised release is lowered to three years and **DENIED** in all other respects. All other motions not previously ruled on are hereby **DENIED**.

**SIGNED this 14th day of May, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE